Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN FLISS,<br><br>                 Plaintiff,<br><br>    v.<br><br>IPEX, INC, a foreign corporation of Canada; IPEX USA, LLC, a Delaware corporation; IPEX COMPANY, a Colorado corporation; and DOES 1 through 200, inclusive,<br><br>                Defendants. | No. 08-CV-01719 MJP<br><br>STIPULATION AND ORDER REGARDING CONSIDERATION OF PENDING MOTIONS<br><br>**Noted for Consideration:**<br>**May 13, 2009** |

## I. STIPULATION

On May 7, 2009, Defendants IPEX Inc. and IPEX USA LLC (collectively, "IPEX") filed (1) Defendants' Motion for Summary Judgment (Dkt. 39) with supporting declarations and exhibits; (2) Defendants' Motion for Protective Order (Dkt. 45) with supporting declarations and exhibits; and (3) Defendants' Motion to Strike John Fliss as Class Representative (Dkt. 48) with supporting declarations and exhibits (collectively, the "IPEX Motions"). The IPEX Motions were all noted for consideration on Friday, May 29, 2009.

STIPULATION AND ORDER REGARDING CONSIDERATION
OF PENDING MOTIONS (08-CV-01719 BAT) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

To allow additional discovery by Plaintiff prior to preparation of Plaintiff's responses to the IPEX motions, to facilitate potential settlement discussions between the parties, and to coordinate discovery in this matter with discovery occurring in related matters pending in other jurisdictions, the parties stipulate that the noting date for the IPEX Motions should be continued to a later date.  Accordingly, until IPEX files a subsequent pleading re-noting the IPEX Motions for consideration, the parties respectfully request that the current noting date of May 29, 2009 be stricken and that the Court take no action with respect to the IPEX Motions.

DATED this 13th day of May, 2009.

McNAUL EBEL NAWROT & HELGREN PLLC

By:   /s/ Gregory J. Hollon
      Michael D. Helgren, WSBA No. 12186
      Gregory J. Hollon, WSBA No. 26311
      Avi J. Lipman, WSBA No. 37661
      600 University Street, Suite 2700
      Seattle, WA 98101-3143
      Telephone: (206) 467-1816
      Facsimile: (206) 624-5128
      E-Mail: ghollon@mcnaul.com
      E-Mail: mhelgren@mcnaul.com
      E-Mail: alipman@mcnaul.com

Attorneys for Defendants IPEX Inc. and IPEX USA LLC

TERRELL MARSHALL & DAUDT PLLC

By:   /s/ Beth E. Terrell
      Beth E. Terrell, WSBA #26759
      Toby J. Marshall, WSBA #32726
      3600 Fremont Avenue North
      Seattle, WA 98103
      Telephone: 206.816.6603
      Facsimile: 206.350.3528
      bterrell@tmdlegal.com
      tmarshall@tmdlegal.com

Attorneys for Plaintiff

STIPULATION AND ORDER REGARDING CONSIDERATION
OF PENDING MOTIONS (08-CV-01719 BAT) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II.  ORDER

Based on the foregoing Stipulation, Defendants' Motion for Summary Judgment (Dkt. 39); Motion for Protective Order (Dkt. 45); and Motion to Strike John Fliss as Class Representative (Dkt. 48) are hereby removed from consideration on the original noting date of May 29, 2007.  The Court will take no action with respect to those motions until Defendants file a supplemental pleading re-noting the motions for consideration pursuant to Local Rule WD. Wash. CR 7(d).

IT IS SO ORDERED.

DATED this 15th day of May, 2009.

*(signature)*
Marsha J. Pechman
United States District Judge

**Presented by:**

McNAUL EBEL NAWROT & HELGREN PLLC

By: /s/ Gregory J. Hollon
    Michael D. Helgren, WSBA No. 12186
    Gregory J. Hollon, WSBA No. 26311
    Avi J. Lipman, WSBA No. 37661
600 University Street, Suite 2700
Seattle, Washington  98101
Telephone (206) 467-1816
mhelgren@mcnaul.com
ghollon@mcnaul.com
alipman@mcnaul.com

Attorneys for Defendant IPEX Inc. and
IPEX USA LLC

STIPULATION AND ORDER REGARDING CONSIDERATION
OF PENDING MOTIONS (08-CV-01719 BAT) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**Approved as to form; Notice of presentation waived:**

TERRELL MARSHALL & DAUDT PLLC


By: /s/ Beth E. Terrell
  Beth E. Terrell, WSBA #26759
  Toby J. Marshall, WSBA #32726
3600 Fremont Avenue North
Seattle, WA 98103
Telephone: 206.816.6603
Facsimile: 206.350.3528
bterrell@tmdlegal.com
tmarshall@tmdlegal.com

Attorneys for Plaintiff

STIPULATION AND ORDER REGARDING CONSIDERATION
OF PENDING MOTIONS (08-CV-01719 BAT) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

2394.002 ve121924 5/18/09